No. 98–1583.  UNITED STATES *v.* ANDERSON.  C. A. 10th Cir. Certiorari denied.

No. 98–1602.  GOODSPEED *v.* WHITMAN COUNTY.  C. A. 9th Cir. Certiorari denied.

No. 98–1604.  STEWART *v.* JOSLIN.  C. A. 5th Cir.  Certiorari denied.

No. 98–1606.  DUNN *v.* COMMISSION ON PROFESSIONAL COMPETENCE (JURUPA UNIFIED SCHOOL DISTRICT, REAL PARTY IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–1607.  AMOS-GOODWIN ET AL. *v.* CHARLESTON COUNTY COUNCIL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–1609.  WEEKLY *v.* CAJUN BAG CO.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 98–1613.  DOE ET AL. *v.* BOARD OF EDUCATION OF BALTIMORE COUNTY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–1615.  MOTOWN BEVERAGE COMPANY OF OHIO ET AL. *v.* MOTOWN RECORD CO., L. P.  C. A. 2d Cir.  Certiorari denied.

No. 98–1616.  HOOKER ET AL. *v.* AGRIBANK, FCB, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 98–1619.  FERGUSON ET AL. *v.* CITY OF PHOENIX ET AL. C. A. 9th Cir.  Certiorari denied.

No. 98–1621.  ROE *v.* TENNESSEE.  Ct. App. Tenn.  Certiorari denied.

No. 98–1622.  MORGAN *v.* LAKE COUNTY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–1625.  MILLER *v.* BOARD OF TRUSTEES, RIRIE JOINT SCHOOL DISTRICT NO. 252, ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 98–1626.  KENTUCKY RIGHT TO LIFE, INC., ET AL. *v.* STENGEL, COMMONWEALTH ATTORNEY, JEFFERSON COUNTY,